IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 28 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| DAVID THRELKELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-5266 |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, DAVID THRELKELD, by and through his attorneys, Seidman Margulis & Fairman, LLP, and for his Complaint against the Defendant, THE UNITED STATES OF AMERICA, states as follows:

### JURISDICTION

1. On October 14, 2015, Plaintiff submitted an administrative claim to the Department of Veteran Affairs pursuant to the Federal Tort Claims Act ("FTCA") 28 U.S.C. §2679(d).

2. On April 12, 2016, the Department of Veteran Affairs denied the claim. This Court has exclusive jurisdiction pursuant to 28 U.S.C. §1346(b).

3. At all relevant times stated herein, the Defendant, THE UNITED STATES OF AMERICA, owned, operated, managed, maintained and/or controlled a hospital bearing the name and/or doing business as the Veterans Health Care System of the Ozarks ("VA") located at 1100 North College Avenue, Fayetteville, Arkansas.

4. At all times relevant to this Complaint, the Plaintiff, DAVID THRELKELD, was a resident of Fayetteville, Arkansas.

5. At present, Plaintiff resides in Elk Grove Village, Illinois.

6. On or about October 23, 2015, Plaintiff, DAVID THRELKELD, called the VA and related that he was, and had been experiencing significant and serious urinary-type symptoms.

7. During the aforementioned phone call, the VA, through its agents, instructed the Plaintiff, DAVID THRELKELD, to wait approximately three weeks to see his primary care physician to seek treatment for the symptoms that Plaintiff had related during the phone call.

8. During the aforementioned phone call, the VA, through its agents, failed to instruct Plaintiff, DAVID THRELKELD, to seek immediate care for the symptoms that he had related.

9. Between on or about October 23, 2013, and on or about November 2, 2015, Plaintiff continued to experience urinary-type symptoms, including but not limited to burning pain during urination.

10. On or about November 2, 2013, Plaintiff presented to the VA emergency department, and was diagnosed with a urinary tract infection, ordered a urine culture, and prescribed an antibiotic.

11. Over the next approximately five days, Plaintiff continued to telephone the VA and relate continuing and worsening urinary symptoms. Each time the VA, through its agents, advised Plaintiff to continue treating as an outpatient.

12. Plaintiff presented to the VA on November 8, 2013, relating continuing and worsening urinary symptoms. The VA, through its agents, advised Plaintiff to continue treating as an outpatient.

13. On or about November 8, 2013, Plaintiff sought dates for a consultation with a VA urologist. The VA told Plaintiff that a urologist was not available for consultation in the near future.

14. After November 8, 2013, over the next few days, Plaintiff's urinary symptoms continued to escalate.

15. On or about November 11, 2013, Plaintiff was taken via ambulance to a civilian hospital, where he was diagnosed with acute prostatitis with a probable abscess. At this point in time, a transurethral resection of the prostatic abscess was performed.

16. At all relevant times stated herein, the Defendant, THE UNITED STATES OF AMERICA, by and through its physicians, nurses and other medical staff owed a duty to exercise reasonable care in the provision of medical care to the Plaintiff, DAVID THRELKELD.

17. In violation of said duty, the Defendant, THE UNITED STATES OF AMERICA, by and through its physicians, nurses and medical staff, during the provision of medical care to the Plaintiff, DAVID THRELKELD, committed one or more of the following negligent acts and/or omissions in that it:

    a. Failed to advise Plaintiff to seek immediate care on October 23, 2013, based on the information that was provided by Plaintiff;

    b. Inappropriately advised Plaintiff to wait to see his primary care physician approximately three weeks after Plaintiff related serious urinary symptoms on October 23, 2013;

    c. Failed to perform adequate testing of Plaintiff's condition on November 2, 2013;

    d. Failed to adequately diagnose Plaintiff on November 2, 2013;

  e. Failed to form an adequate plan of care on November 2, 2013;

  f. Failed to timely schedule Plaintiff for consultation with a urologist;

  g. Failed to advise Plaintiff to seek immediate care when Plaintiff related to the VA, through its agents, that his urinary symptoms had not abated, and in fact had continued to escalate; and

  h. Failed to timely treat Plaintiff's condition.

18. As a direct and proximate result of the foregoing negligence, Plaintiff, DAVID THRELKELD, sustained severe and permanent injuries, incurred expenses for medical treatment, endured great pain and suffering and loss of a normal enjoyment of life and/or disability, and lost income, and will incur medical expenses, endure great pain and suffering, loss of a normal enjoyment of life and/or disability, and lose income in the future.

WHEREFORE, Plaintiff, DAVID THRELKELD, prays for judgment against the Defendant, THE UNITED STATES OF AMERICA, in an amount greater than FIFTY THOUSAND ($50,000.00) DOLLARS, plus the costs of this action.

Respectfully submitted,

By: _____

Randy S. Anglen
RANDY S. ANGLEN, PLLC
P.O. Box 3007
Fayetteville, Arkansas 72703
randyanglen@anglenlaw.com
(479) 935-4849
Bar Number 95084